# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Adam Peterson, | ) |
|         Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Murex Petroleum Corporatoin and John Doe, Company Man, | ) |
| | ) Case No. 1:17-cv-165 |
|         Defendants. | ) |
| and | ) |
| Murex Petroleum Corporation, | ) |
|         Defendant and Third-Party Plaintiff, | ) |
| vs. | ) |
| WISCO, Inc., | ) |
|         Third-Party-Defendant. | ) |

Before the court is a motion for attorney Matthew R. Heape to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Matthew R. Heape has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 31) is **GRANTED**. Attorney Matthew R. Heape is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 28th day of December, 2017.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr.
                                              United States Magistrate Judge