# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Adam Peterson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Murex Petroleum Corporation, Mickey Peck, Company Man, Stokes and Spiehler, Earl Britzenhoff, Company Man, and Phoenix Operating Company, | ) | Case No. 1:17-cv-165 |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Murex Petroleum Corporation, | ) | |
| | ) | |
| Defendant and Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WISCO, Inc., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

Before the court is the parties' Stipulation to Amend the Scheduling Order. The court **ADOPTS** the stipulation (Doc. No. 76) and **AMENDS** the scheduling order as follows:

The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a.    Plaintiff's expert disclosures are due by June 30, 2018;

    b.    Defendants and Third-Party Plaintiff's are due by July 31, 2018; and

    c.    Third-Party Defendant's expert disclosures are due by August 31, 2018.

1

**IT IS SO ORDERED.**

Dated this 21st day of February, 2018.

                                                 */s/ Charles S. Miller, Jr.*
                                                 Charles S. Miller, Jr., Magistrate Judge
                                                 United States District Court