# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Adam Peterson, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) **ORDER SEVERING THIRD-PARTY**<br>) **CLAIMS AND CROSS-CLAIMS**<br>) |
| Murex Petroleum Corporation,<br>Mickey Peck, company man,<br>Stokes and Spiehler,<br>Earl Britzenhoff, Company Man, and<br>Phoenix Operating Company, | )<br>)<br>)<br>)<br>) Case No.1:17-cv-165 |
| Defendants, | )<br>) |
| and | )<br>) |
| Murex Petroleum Corporation, | )<br>) |
| Defendant and<br>Third-Party Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| WISCO, Inc., | )<br>) |
| Third-Party Defendant. | ) |

On April 9, 2019, the court issued an order in which it alerted the parties that it was contemplating severing for purposes of trial the third-party claims and cross-claims. On April 16, 2019, the court held the final pretrial conference during which it discussed, amongst other things, severance of the third-party claims and cross-claims. The parties did not object.

Accordingly, the court severs the third-party claims and cross-claims. A trial on these claims shall

1

be set at as necessary at a later date and time. The only claims that shall be tried on April 29, 2019, are those of the plaintiff.

**IT IS SO ORDERED.**

Dated this 17th day of April, 2019.

<u>*/s/ Charles S. Miller, Jr.*</u>
Charles S. Miller, Jr., Magistrate Judge
United States District Court