# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Adam Peterson, | ) |
|     Plaintiff, | ) |
| vs. | ) **ORDER** |
| Murex Petroleum Corporation, Mickey Peck, company man, Stokes and Spiehler, Stokes and Spiehler Onshore, Inc., Earl Britzenhoff, Company Man, and Phoenix Operating Company, | ) Case No.1:17-cv-165 |
|     Defendants, | ) |
| and | ) |
| Murex Petroleum Corporation, | ) |
|     Defendant and Third-Party Plaintiff, | ) |
| vs. | ) |
| WISCO, Inc., | ) |
|     Third-Party Defendant. | ) |

The court was advised on April 22, 2019, that the parties had reached a settlement agreement with respect to plaintiff's claims. Accordingly the trial set for April 29, 2019, is cancelled.

**IT IS SO ORDERED.**

Dated this 22nd day of April, 2019.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr., Magistrate Judge
                                                        United States District Court