# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Adam Peterson, | ) |
| Plaintiff, | ) |
| vs. | ) |
| Murex Petroleum Corporation, Mickey Peck, company man, Stokes and Spiehler, Earl Britzenhoff, Company Man, and Phoenix Operating Company, | ) **ORDER** ) ) ) ) Case No.1:17-cv-165 |
| Defendants, | ) |
| and | ) |
| Murex Petroleum Corporation, | ) |
| Defendant and Third-Party Plaintiff, | ) |
| vs. | ) |
| WISCO, Inc., | ) |
| Third-Party Defendant. | ) |

In April 2019, the court was advised that a settlement had been reached with respect to plaintiff's claims and defendants' cross-claims. On August 19, 2019, the court dismissed Murex Petroleum Corporation's third-party claim against WISCO, INC. without prejudice.

As closing documents with respective to plaintiff's claims and defendants' cross-claims have yet to be submitted, see D.N.D. Civ. L. R. 41.1, the court, on its own motion, **DISMISSES** plaintiff's claims and defendants' cross-claims with prejudice and without fees or costs to any of the parties. As this disposes of what remains of this case, a final judgment shall be entered reflecting

1

a dismissal with prejudice of plaintiff's claims and defendants' cross-claims and dismissal without prejudice of the third-party complaint.

**IT IS SO ORDERED.**

Dated this 3rd day of September, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court